TOWNSHIP OF OCEAN v. MERRILL BRAVERMAN.

January 16, 1974. Petition for certification denied.

SUBURBAN CUSTOM MADE CABINETS v.
JERRY WLODARCZYK AND J. F. W. HOMES, INC.

January 16, 1974. Petition for certification denied.

FRANK J. HAMILTON v. ASSOCIATED ELECTRICAL
PRODUCTS CO., INC. AND PFAFF AND KENDALL.

January 16, 1974. Petition for certification denied.

NATHAN M. LEVINE v. HADDON HALL HOTEL.

January 16, 1974. Petition for certification granted.

BONNIE M. WATSON v. IRENE P. POWELL.

January 24, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PETER ANTHONY CAMPISI.

November 7, 1973. Certification to Appellate Division, Superior Court.